**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 3

> **PBI-GORDON CORPORATION,**
>
>                       **Plaintiff,**
>
> v.
>
> **UNITED STATES,**
>
>                       **Defendant.**

**SUMMONS Court No. 25-00140**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

---

1. Plaintiff, PBI-Gordon Corporation ("PBI-Gordon") is a U.S. importer of subject merchandise. PBI-Gordon was a party to the investigation now being challenged. Plaintiffs are interested parties within the meaning of Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9). Accordingly, PBI-Gordon has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
   (Name and standing of plaintiff)

2. Plaintiff contests the U.S. International Trade Commission's final determination as published in *2,4-Dichlorophenoxyacetic Acid ("2,4-D") From China and India*, Inv. Nos. 701-TA-710-711 and 731-TA-1673-1674 (Final), 90 Fed. Reg. 21,946 (Int'l Trade Comm. May 22, 2025). The views of the Commission are contained in USITC Publication Pub. 5618 (May 2025), entitled *2,4-D Dichlorophenoxyacetic Acid ("2,4-D") From China and India*: Inv. Nos. 701-TA-710-711. The corresponding antidumping duty and countervailing duty orders were published in *2,4-Dichlorophenoxyacetic Acid From India and the People's Republic of China: Antidumping Duty Orders*, 90 Fed. Reg. 22,243 (Dept Comm. May 27, 2025); *2,4-Dichlorophenoxyacetic Acid From India and the People's Republic of China: Countervailing Duty Orders*, 90 Fed. Reg. 22,232 (Dep't Comm. May 27, 2025).
   (Brief description of contested determination)

3. The U.S. International Trade Commission published its determination on May 22, 2025.
   (Date of determination)

4. The antidumping and countervailing duty orders were published in the Federal Register on May 27, 2025 (90 Fed. Reg. 22,232; 90 Fed. Reg. 22,243)
   (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-2

_____
Signature of Plaintiff's Attorney

June 24, 2025
_____
         Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Eric C. Emerson
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8076

**SEE REVERSE SIDE**